In the Matter of the Probate of the Will of WILLIAM H. MORRISON, Deceased.

FREDERICK L. CHAPMAN, as Executor of WILLIAM H. MORRISON, Deceased, Appellant and Respondent; PALMER B. MORRISON et al., Respondents and Appellants, and ROSE V. WILSON, as Executrix of JOHN M. WILSON, Deceased, Respondent.

Argued October 2, 1946; decided October 17, 1946.

*John W. Kelly, Woolsey A. Shepard* and *Vincent L. Pitaro* for Frederick L. Chapman, as executor, proponent, appellant and respondent.

*Frederick C. McLaughlin* for Palmer B. Morrison, contestant, respondent and appellant.

*Joseph T. Arenson* and *Joseph A. Cox* for Public Administrator of County of New York, contestant, respondent and appellant.

Order of Appellate Division affirmed, with costs to contestants payable out of the estate. Since probate was properly denied for lack of testamentary capacity, we neither consider nor decide whether the will propounded was procured through undue influence and fraud. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.